FILED
CLERK, U.S. DISTRICT COURT
9/2/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATERIAL HANDLING SUPPLY, INC., a California corporation,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNICARRIERS AMERICAS CORPORATION, an Illinois corporation; SELECT EQUIPMENT SALES, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>    Defendant(s). | NO. CV 14-1973-FMO (Ex)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 2nd day of September, 2015.

                                                  /s/
                                    Fernando M. Olguin
                                United States District Judge